TRINA A. HIGGINS, United States Attorney (#7349)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSUE DANIEL SILVA-RAUDALES, <br><br> Defendants. | Case No. 2:23mj503 JCB <br> **Colorado Case No. 23-mj-00097-KLM** <br> FELONY COMPLAINT <br><br> Count I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute <br><br> Magistrate Judge Jared C. Bennett |

Before the Honorable Jared C. Bennett, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about February 14, 2023 in the District of Utah,

JOSUE DANIEL SILVA-RAUDALES,

1

defendant herein, did knowingly and intentionally possess with intent to distribute Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

Complainant states that this complaint is based on information obtained through investigation consisting of the following:

## AGENT BACKGROUND

1.      I am a Task Force Officer with the FBI TOC WEST and have been since March 2021. I have been a Police Officer since May 2014. I am currently assigned as a Detective with Major Crimes Task Force. I am a Task Force Officer (TFO) for the FBI on TOC West and I investigate drug trafficking organizations. Your Affiant graduated from Salt Lake Community College Police Academy in April of 2014. I have experience investigating property crimes, crimes against people, financial crimes, traffic offenses, harassment details, and accidents. Your Affiant has been through multiple Field Sobriety courses, and courses to detect when persons are under the influence of alcohol or drugs; including A-ride, and the DRE (drug recognition expert) courses, and is a certified DRE and DRE instructor. Your Affiant has made multiple DUI arrests, and multiple drug related arrests. Your affiant has performed wiretap and TIII investigations and understands the inner workings of drug trafficking organizations, and drug sales. I have

cultivated and managed confidential informants, and interviewed these individuals on personal use, as well as tactics used to sell illegal narcotics. I have investigated multiple international drug trafficking organizations and have learned how these organizations function.

2. I am aware that the elements of Possession of Fentanyl With the Intent to Distribute as alleged herein are:

*One,* that the defendant possessed a mixture or substance containing a detectable amount of fentanyl, and;

*Two,* that he did so knowingly and intentionally, and;

*Three,* that at the time defendant possessed the mixture or substance containing fentanyl, he intended to distribute it.

## STATEMENT OF PROBABLE CAUSE

3. Information developed to date is a result of my investigation and the investigation of others and has revealed the following facts.

4. Starting around January 2023, law enforcement received information that an unknown Hispanic male, known only to law enforcement as Little Catracho, was distributing heroin and fentanyl throughout Salt Lake County.

5. Law enforcement performed a controlled purchase of fentanyl using a confidential informant during the month of February 2023.

6. Law enforcement observed that Little Catracho was driving a grey Chevrolet Cruz and identified a residence he was staying at in West Valley, Utah.

7. Based on their investigation, law enforcement obtained a search warrant for Little Catracho and the Chevrolet Cruz.

8. On February 14, 2023, law enforcement observed Little Catracho and the Chevrolet Cruz in a parking lot in Herriman, Utah. Law enforcement initiated their emergency lights and made contact with Little Catracho who allowed himself to be taken into custody. Little Catracho was later identified as JOSUE DANIEL SILVA-RAUDALES (SILVA).

9. During the search of the Chevrolet Cruz, law enforcement located approximately 800 blue pills (approximately 80 grams of pills) that field-tested positive for the presence of fentanyl.

10. Following the search, law enforcement interviewed SILVA. SILVA was advised of his Miranda rights and indicated that he would speak with law enforcement. SILVA further indicated that he had come to the United States from Honduras about two years ago and recently started selling heroin and fentanyl pills. He told law enforcement that the drugs were in the center console of the Chevrolet Cruz.

11. SILVA also provided law enforcement with the password to his cellphone where law enforcement observed multiple drug deals arranged on SILVA's phone.

12. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

13. Based on the foregoing information, your affiant respectfully requests that a warrant of arrest be issued for JOSUE DANIEL SILVA-RAUDALES for violations of 21 U.S.C. § 841(a)(1).

*/s/ Shawn Lott*
Affiant
Detective Shawn Lott
Utah County Major Crimes Task Force

SUBSCRIBED AND SWORN to before me via video-teleconference this 22nd day of May, 2023.

JARED C. BENNETT
U.S. Magistrate Judge, District of Utah

APPROVED:

TRINA A. HIGGINS
United States Attorney

*/s/ Pete Reichman*
Peter Reichman
Special Assistant United States Attorney