AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:47 am, May 25, 2023
JEFFREY P. COLWELL, CLERK

United States of America
v.
JOSUE DANIEL SILVA-RAUDALES

Defendant

Case No. 2:23mj503 JCB

Colorado Case No. 23-mj-00097-KLM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Josue Daniel Silva-Raudales,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of 21 U.S.C. § 841(a)(1) Possession of Fentanyl with Intent to Distribute

Date: 05/22/2023

*Issuing officer's signature*

City and state: Salt Lake City, Utah

Jared C. Bennett, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/23/2023, and the person was arrested on *(date)* 5/25/2023
at *(city and state)* Centennial, Colorado.

Date: 5/25/2023

*Arresting officer's signature*

B. TALBOT   Deportation Officer 6477
*Printed name and title*