IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-mj-00097-klm

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JOSUE DANIEL SILVA-RAUDALES**

       Defendant.

---

## MOTION TO VACATE PRELIMINARY HEARING

The underlying prosecution in this matter is pending in the District of Utah, docketed at *United States v. Silva-Raudales*, 2:23-mj-503. However, the defendant was arrested in the District of Colorado on the basis of a criminal complaint and had his initial appearance here on May 25, 2023. At that initial appearance, the Court set a preliminary hearing for June 7, 2023.

The United States hereby provides notice of the attached indictment in the underlying Utah prosecution, docketed in the United States District Court for the District of Utah at 2:23-cr-213. The return of the indictment moots the need for a

1

preliminary hearing and the government respectfully requests that the matter be vacated.

Respectfully submitted,

COLE FINEGAN
United States Attorney

/s/ Bryan Fields
Bryan D. Fields
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: bryan.fields3@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

      *s/ Bryan David Fields*

      United States Attorney's Office