FILED US District Court-UT
MAY 31 '23 AM 11:49

TRINA A. HIGGINS, United States Attorney (#7349)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSUE DANIEL SILVA-RAUDALES, <br><br> Defendant. | INDICTMENT <br><br> Count I: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute <br><br> Case: 2:23-cr-00213 <br> Assigned To : Nielson, Howard C., Jr <br> Assign. Date : 5/30/2023 |

The Grand Jury Charges:

<u>COUNT I</u>
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about February 14, 2023 in the District of Utah,

JOSUE DANIEL SILVA-RAUDALES,

defendant herein, did knowingly and intentionally possess with intent to distribute

Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and

1

did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
for PETER REICHMAN
Special Assistant United States Attorney